IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MARY JO TOOMIRE, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | NO.  MO-04-CV-145 |
| | § | |
| EMERITUS CORPORATION, | § | |
| INDIVIDUALLY AND D/B/A | § | |
| SADDLERIDGE LODGE ASSISTED | § | |
| LIVING, | § | |
|    Defendant. | § | |

## FINAL ORDER OF DISMISSAL

It is ORDERED that the above-styled and numbered cause is DISMISSED WITH PREJUDICE, based upon the Plaintiff's Stipulation of Dismissal, filed May 9, 2006.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-styled case is DISMISSED WITH PREJUDICE.  All pending motions are dismissed as moot.  All costs of the court and attorneys' fees are to be borne by the party incurring the same.

It is so ORDERED.

SIGNED this 24 day of May, 2006.

/s/ Robert Junell
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE